1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  THOMAS A. CENSKE, | Case No. 1:16-cv-01424-AWI-SAB-HC |
| 12  Petitioner, | ORDER DIRECTING RESPONDENT TO FILE A RESPONSE TO PETITIONER'S |
| 13  v. | LETTER BRIEF RE: ACCESS TO LEGAL MATERIALS |
| 14  A. MATEVOUSIAN, | |
| 15  Respondent. | (ECF No. 13) |

16

17    Petitioner is federal prisoner proceeding pro se with a petition for writ of habeas corpus

18  pursuant to 28 U.S.C. § 2241.

19    On November 3, 2016, Petitioner filed a letter brief claiming that the preparation of his

20  pleadings[1] has been inhibited by officials at the United States Penitentiary Atwater denying him

21  access to legal property, transcripts, records, and law books, and retaliating against him for

22  complaints. (ECF No. 13). The Court construes the letter brief as a motion for preliminary

23  injunction. See See Bernhardt v. Los Angeles County, 339 F.2d 920, 925 (9th Cir. 2003) (courts

24  have a duty to construe pro se pleadings and motions liberally).

25  ///

26  ///

27

28  [1] The Court notes that Petitioner has no outstanding deadlines at this time and that Respondent has not yet filed a response to the petition.

1

1    Accordingly, the Court HEREBY ORDERS that Respondent shall file a response to

2  Petitioner's letter brief within fourteen (14) days of the date of service of this order.

3

4  IT IS SO ORDERED.

5  Dated:   **November 10, 2016**

UNITED STATES MAGISTRATE JUDGE

2