# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. CENSKE,<br><br>     Petitioner,<br><br>     v.<br><br>A. MATEVOUSIAN,<br><br>     Respondent. | Case No. 1:16-cv-01424-AWI-SAB-HC<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME<br><br>(ECF No. 22) |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On January 27, 2017, Petitioner filed the instant motion for an extension of time to file a response to Respondent's motion to dismiss. (ECF No. 22).

Good cause having been presented to the Court, IT IS HEREBY ORDERED that Petitioner is granted to and including March 6, 2017, to file a response to Respondent's motion to dismiss.

IT IS SO ORDERED.

Dated:   **January 30, 2017**

UNITED STATES MAGISTRATE JUDGE

1